**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bryan Lynn SHUMATE, Defendant– Appellant.**

**No. 01–50610.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 8, 2003.

Filed May 20, 2003.

Amended Aug. 25, 2003.

Siri Shetty, Federal Defenders of San Diego, Inc., San Diego, CA, for the defendant-appellant.

Mi Yung Claire Park, Assistant U.S. Attorney; Pennie M. Carlos, Assistant U.S. Attorney (argued), United States Attorney's Office, San Diego, CA, for the plaintiff-appellee.

Before BEEZER, FERNANDEZ, and PAEZ, Circuit Judges.

## ORDER

The opinion in this case, which appears at slip op. 6649 (9th Cir.2003),[1] is hereby amended as follows: the sentence commencing on the first line of slip op. 6657[2] is hereby amended to read: "In other words, solicitation may be included in the definition of the predicate offense for the purposes of § 4B1.1.5"

**2.** *See also,* 329 F.3d at 1030.

With the above amendment, the panel has voted unanimously to deny the petition for rehearing. The full court was advised of the petition for rehearing en banc and no judge has requested a vote on whether to hear the matter en banc. Fed. R.App. P. 35.

The petition for rehearing and the petition for rehearing en banc are DENIED.